1  TOWER LEGAL GROUP, P.C.
   JAMES A. CLARK (SBN 278372)
2  *james.clark@towerlegalgroup.com*
   RENEE P. ORTEGA (SBN 283441)
3  *renee.parras@towerlegalgroup.com*
   ARIEL A. PYTEL (SBN 328917)
4  *ariel.pytel@towerlegalgroup.com*
   11335 Gold Express Drive, Suite 105
5  Sacramento, CA  95670
   Telephone:  (916) 361-6009
6  Facsimile:   (916) 361-6019

7  CHRISTINA HUMPHREY LAW, P.C.
   Christina A. Humphrey (SBN 226326)
8  *christina@chumphreylaw.com*
   591 Telegraph Canyon Road, #376
9  Chula Vista, CA  91910
   Telephone:  (805) 618-2924
10 Facsimile:   (805) 618-2939

11 Attorneys for Plaintiff
   JOCELYNN CADENAS
12

13 JACKSON LEWIS P.C.
   CARY G. PALMER (SBN 186601)
14 *cary.palmer@jacksonlewis.com*
   SANDER VAN DER HEIDE (SBN 267618)
15 *sander.vanderheide@jacksonlewis.com*
   400 Capitol Mall, Suite 1600
16 Sacramento, CA  95814
   Telephone:  (916) 341-0404
17 Facsimile:   (916) 341-0141

18 Attorneys for Defendant
   SERVE U BRANDS INC.
19 (erroneously sued herein as Insomnia Cookies, LLC)

20                UNITED STATES DISTRICT COURT

21                EASTERN DISTRICT OF CALIFORNIA

22                     SACRAMENTO DIVISION

| | |
|---|---|
| JOCELYNN CADENAS, | Case No. 2:21-cv-01544-MCE-JDP |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| INSOMNIA COOKIES, LLC, a Delaware Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

**STIPULATION**

Plaintiff Jocelynn Cadenas ("Plaintiff") and Defendant Serve U Brands Inc. (erroneously sued herein as Insomnia Cookies, LLC) ("Defendant"), through their undersigned counsel, stipulate to extend time exceeding 28 days for Defendant to file its responsive pleading to Plaintiff's Complaint for Damages. Defendant's responsive pleading shall be due on or before November 8, 2021.

Dated: October 25, 2021                             TOWER LEGAL GROUP

By: _/s/ James A. Clark [as authorized 10.25.21]_
    James A. Clark
    Renee P. Ortega
    Ariel A. Pytel

Attorneys for Plaintiff
JOCELYNN CADENAS

Dated: October 25, 2021                             JACKSON LEWIS P.C.

By: _/s/ Cary G. Palmer_
    Cary G. Palmer
    Sander van der Heide

Attorneys for Defendant
SERVE U BRANDS INC.

**ORDER**

IT IS SO ORDERED.

Dated: October 26, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE